# FINANCIAL STATEMENT

## NET WORTH

Provide a complete, current financial net worth statement which itemizes in detail all assets (including bank accounts, real estate, securities, trusts, investments, and other financial holdings) all liabilities (including debts, mortgages, loans, and other financial obligations) of yourself, your spouse, and other immediate members of your household.

| ASSETS | | | LIABILITIES | | |
|---|---|---|---|---|---|
| Cash on hand and in banks | 5 | 000 00 | Notes payable to banks—secured | 0 | |
| U.S. Government securities—add schedule | | | Notes payable to banks—unsecured | 0 | |
| Listed securities—add schedule | | | Notes payable to relatives | 0 | |
| Unlisted securities—add schedule | | | Notes payable to others | 0 | |
| Accounts and notes receivable | | | Accounts and bills due | current to month | |
| Due from relatives and friends | | | Unpaid income tax | 0 | |
| Due from others | | | Other unpaid tax and interest | 0 | |
| Doubtful | | | Real estate mortgages payable—add schedule | 95 500 00 | |
| Real estate owned—add schedule | 225 000 00 | | Chattel mortgages and other liens payable | 0 | |
| Real estate mortgages receivable | | | Other debts—itemize | NONE | |
| Autos and other personal property | 16 000 00 | | | | |
| Cash value—life insurance | | | | | |
| Other assets—itemize | | | | | |
| Civil Service Retirement | 37 000 00 | | | | |
| FERS Thrift Savings | 15 000 00 | | | | |
| | | | Total liabilities | 95 500 00 | |
| | | | Net worth | 202 500 00 | |
| Total assets | 298 000 00 | | Total liabilities and net worth | 298 000 00 | |

| CONTINGENT LIABILITIES | | | GENERAL INFORMATION | | |
|---|---|---|---|---|---|
| As endorser, comaker or guarantor | NONE | | Are any assets pledged? (Add schedule.) | NO | |
| On leases or contracts | NONE | | Are you defendant in any suits or legal actions? | NO | |
| Legal Claims | NONE | | Have you ever taken bankruptcy? | NO | |
| Provision for Federal Income Tax | NONE | | | | |
| Other special debt | NONE | | | | |

Real Estate Owned - Schedule
Personal Residence, 7034 Chimney
Swift Hollow Rd., Tallahassee,
Florida 32312

Schedule of Real Estate Mortgages:
1. Pioneer Federal S&L
   (Approx)                        $94,000.00
2. Sunline Equity Account
   (Approx Outstanding
   Balance)                    1,500.00
                              $95,500.00

**BEST AVAILABLE COPY**

# Financial Disclosure Report

**Reporting Status** (Check Appropriate Box)

| | | |
|---|---|---|
| ☐ Incumbent | ☒ New Entrant, Nominee, or Candidate | ☐ Termination Filer |

| Agency Use Only | OGE Use Only | Date of Appointment, Candidacy, Election or Nomination (Mo., Day, Yr.) | Termination Date (If Applicable) (Month, Day, Year) |
|---|---|---|---|

**Reporting Individual's Name**

| Last Name | First Name and Middle Initial |
|---|---|
| Moore | Kevin M. |

**Position for Which Filing**

| Title of Position | Department or Agency (If Applicable) |
|---|---|
| Director, U.S. Marshal's Service | U. S. Department of Justice |

**Location of Present Office**

| Address (Number, Street, City, State and ZIP Code) | Telephone No. (Include Area Code) |
|---|---|
| Suite 4014, 227 N. Bronough Street Tallahassee, Fl. 32301 | 904/681-7360 |

**Position(s) Held With the Federal Government During the Preceding 12 Months (If Not Same as Above)**

| Title of Position(s) and Date(s) Held |
|---|
| U.S. Attorney, N. D. Fl., U.S. Department of Justice January 1, 1987 to date |

**Presidential Nominees Subject to Senate Confirmation**

| Name of Congressional Committee Considering Nomination | Do You Intend to Create a Qualified Diversified Trust? |
|---|---|
| Senate Judiciary | ☐ Yes   ☒ No |

**Certification**

I CERTIFY that the statements I have made on this form and all attached schedules are true, complete and correct to the best of my knowledge and belief.

| Signature of Reporting Individual | Date (Month, Day, Year) |
|---|---|
| *[signature: F. M. Moore]* | June 24th, 1989 |

**Other Review** (If desired by agency)

| Signature of Other Reviewer | Date (Month, Day, Year) |
|---|---|
| | |

**Agency Ethics Official's Opinion**

The information contained in this report discloses no conflict of interest under applicable laws and regulations.

| Signature of Designated Agency Ethics Official/Reviewing Official | Date (Month, Day, Year) |
|---|---|
| *[signature]* | *[date]* |

**Office of Government Ethics Use Only**

| Signature | Date (Month, Day, Year) |
|---|---|
| | |

**Comments of Reviewing Officials** (If additional space is required, use the reverse side of this sheet)

---

## Reporting Periods

**Incumbents:** Complete Schedules A, B, C, and Part I of D. The reporting period is the preceding calendar year except for Part II of Schedule C and Part I of Schedule D where you must also include any positions held or agreements or arrangements made from the beginning of the filing year until the date you file

**Termination Filers:** Complete Schedules A, B, C, and Part I of D. The reporting period begins at the end of the period covered by your previous filing and ends at the date of termination.

**Nominees, New Entrants and Candidates for President and Vice President:** Complete Schedules A (except for BLOCK D), C, and D. (Candidates do not file Part II of Schedule D

- Schedule A—The reporting period for income (BLOCK C) is the preceding calendar year and the current calendar year up to the date of filing. Value assets in BLOCK B as of any date you choose that is within 31 days of the date of filing

- Schedule C, Part I (Liabilities)—The reporting period is the preceding calendar year and the current calendar year up to any date you choose that is within 31 days of the date of filing

- Schedule C, Part II (Agreements and Arrangements)—Show any agreements or arrangements as of the date of filing

- Schedule D—The reporting period is the preceding two calendar years and the current calendar year up to the date of filing.

(Check box if comments are continued on the reverse side)

SF 278 (Rev. 1988)
Fed Chapter 731
U.S. Office of Personnel Management

OMB No. 3206-0001

| Reporting Individual's Name | | Assets and Income | Page Number | Schedule |
|---|---|---|---|---|
| K.M. Moore | | | 2 | A |

All Filers: In BLOCK A report (a) the identity of each asset held for the production of income at the close of the reporting period which had a fair market value exceeding $1000 and (b) any other asset or source of income which generated over $100 in income during the reporting period. This includes but is not limited to employers, stocks, bonds, tax shelters, bank accounts, real property, mutual funds, pensions, IRA assets, assets of certain trusts, commodities futures, personal businesses and partnership interests. Exclude your personal residence unless you rent it out. See instructions for rules on bank accounts and complex holdings.

All Filers: In BLOCK B report the value of each asset listed in BLOCK A which had a fair market value exceeding $1000 at the close of the reporting period.

All Filers: In BLOCK C report the type and amount of income exceeding $100 received from the assets and other sources of income listed in BLOCK A. You must report the actual amount of any income not of a type specifically noted below. You need not report the actual amount of your spouse's earned income, only the source in BLOCK A. You may not check "qualified trust" unless you have a blind trust which has been specifically approved by the Office of Government Ethics. If you, your spouse or dependent child are the beneficiary of a trust which no one of you created and has no knowledge of the assets, refer to the instructions to see if it qualifies as an "excepted trust." If "none" (or less than $101) is checked under Category of Amount of Income, no other entries need be made in BLOCK C for that item.

Incumbents and Termination Filers only: In BLOCK D, for any real property, stocks, bonds, commodities futures and other securities listed in BLOCK A, did you purchase, sell, or exchange the item during the reporting period for a value that exceeds $1000?

| BLOCK A Assets & Income Sources | | BLOCK B Valuation of Assets | | | | | | | BLOCK C Income | | | | | | | | | | | | | | | | BLOCK D Transactions Test | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Identify each asset and income source of yours, your spouse(S) and your dependent child (DC). NONE ☐ | | Category of Value (X) | | | | | | | Type of Income (X) | | | | | | Category of Amount of Income (X) | | | | | | | | Actual Amount Only if "Other" Specified | Date Mo., Day, Yr.) Only if Honoraria | If yes, complete Sched. B Part I for these assets (including those sold for a loss). | |
| | | None (or less than $1001) | $1,001-$5,000 | $5,001-$15,000 | $15,001-$50,000 | $50,001-$100,000 | $100,001-$250,000 | Over $250,000 | Dividends | Rent | Interest | Capital Gains | Excepted Trust | Qualified Trust | Other (Specify Type) | None (or less than $101) | $101-$1,000 | $1,001-$2,500 | $2,501-$5,000 | $5,001-$15,000 | $15,001-$50,000 | $50,001-$100,000 | Over $100,000 | | | YES | NO |
| S DC | Exam ple: | X Y Z Common One Jones & Smith, Hometown, USA | | X | | | | | | X | | | | | | | | | X | | | | | | | | | X |
| | | | | | | | | | | | | | | | partnership income | | | | | | | | | $60,000 | | | |
| 1 | | Purchase Money Note & Mortgage 2891 Seminole St., Mia., Fla. | No longer held at end of reporting period | | | | | | | X | | | | | | | | | | | | X | | | | | | |
| 2 | | Quick & Reilly, Inc./Broker N.Y., N.Y. Cash Acc't #203-231-38 | No longer held at end of 1988 | | | | | | | X | | | | | | | | | X | | | | | | | | | |
| 3 | | Quick & Reilly, Inc./Broker N.Y., N.Y. Western Co. Stock(WSN) | No longer held at end of 1988 | | | | | | | | | X | | | | | | | X | | | | | | | | | |
| 4 | | Anchor Savings Bank Acc't #198000661728 | X | | | | | | | | | X | | | | | | | X | | | | | | | | | |
| 5 | | Thrift Savings Plan FERS/G&C Funds | | | X | | | | | X | | X | | | | | | | | | X | | | | Bi-weekly Payroll Deduction | | |
| 6 DC | | US Savings Bonds | X | | | | | | | | | X | | | | | | X | | | | | | | | | | |
| 7 DC | | US Savings Bonds | X | | | | | | | | | X | | | | | | X | | | | | | | | | | |
| 8 DC | | US Savings Bonds | X | | | | | | | | | X | | | | | | X | | | | | | | | | | |
| 9 DC | | US Savings Bonds | X | | | | | | | | | X | | | | | | X | | | | | | | | | | |
| 10 | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

SF 278 (Rev. 10/87)
OPM Standard Form
U.S. Office of Personnel Management

Form Approved
OMB No. 3209-0001

| Reporting Individual's Name | | Page Number | | Schedule |
|---|---|---|---|---|
| K. M. Moore | | | 2 | C |

## Part I
## Liabilities

All Filers: Report liabilities over $10,000 owed to any one creditor at any time during the reporting period by you, your spouse or dependent child. Check the highest amount owed during the reporting period. Exclude a mortgage on your personal residence unless it is rented out, loans secured by automobiles, household furniture or appliances, and liabilities owed to relatives. See instructions for revolving charge accounts.

NONE [X]

| | | Creditor (Name and Address) | Type of Liability | Date Incurred | Interest Rate | Term if applicable | Category of Amount or Value (X) | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | $10,001 to $15,000 | $15,001 to $50,000 | $50,001 to $100,000 | $100,001 to $250,000 | Over $250,000 |
| S or DC | Spouse plus | First District Bank, Washington, DC | Mortgage on rental property, Rehoboth Beach, Delaware | 1981 | 12% | 25 yrs. | | | | X | |
| | | John Jones, 123 J St., Washington, DC | Promissory note | 1979 | 10% | on demand | X | | | X | |
| 1 | | | | | | | | | | | |
| 2 | | | | | | | | | | | |
| 3 | | | | | | | | | | | |
| 4 | | | | | | | | | | | |
| 5 | | | | | | | | | | | |
| 6 | | | | | | | | | | | |

## Part II
## Agreements Or Arrangements

All Filers: Report your agreements or arrangements for future employment, leaves of absence, continuation of payment by a former employer (including severance payments), or continuing participation in an employee benefit plan. See instructions regarding the reporting of negotiations for any of these arrangements or benefits

NONE [X]

| | Status and Terms of any Agreement or Arrangement | Parties | Date (Mo., Yr.) |
|---|---|---|---|
| Example: | Pursuant to partnership agreement, will receive capital payment & partnership share calculated on service performed through 11/83 | Doe Jones & Smith, Home town, USA | 7/79 partnership agmt. |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

PREVIOUS EDITION USABLE

733

SF 270 (Rev. 4/87)
Prescribed by
U.S. Office of Personnel Management

OMB No. 3206-0002

| Reporting Individual's Name | | Page Number | 4 | Schedule D |
|---|---|---|---|---|
| K.N. Moore | | | | |

## Part I
## Positions Held Outside U.S. Government

All Filers: Report any positions held during the applicable reporting period. Positions include but are not limited to those of an officer, director, trustee, general partner, pro- | prietor, representative, employee or consultant of any corporation, firm, partnership, or other business enterprise or any non-profit organization or educational institution. | Exclude positions with religious, social, fraternal, or political entities or those solely of an honorary nature.

NONE [X]

| | Organization (Name and Address) | Type of Organization | Position Held | From (Mo., Yr.) | To (Mo., Yr.) |
|---|---|---|---|---|---|
| Example: | Nat'l Assn. of Rock Collectors, NY, NY | Non-profit education | President | 6/82 | 6/83 |
| | Doe Jones & Smith, Hometown, USA | Law firm | Partner | 1/76 | 11/83 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

## Part II
## Compensation In Excess Of $5000
## Paid by One Source

Nominees and New Entrants only: Report sources of such compensation received by you or your business affiliation for services directly provided by you during the reporting period. | This includes the names of clients and customers of any corporation, firm, partnership or other business enterprise, or any nonprofit organization, when you directly provided the | services generating a fee or payment of more than $5,000. You need not report the U.S. Government as a source

NONE [X]

| | Source (Name and Address) | Brief Description of Duties |
|---|---|---|
| Example: | Doe Jones & Smith, Hometown, USA | Legal services |
| | Metro University (client of Doe Jones & Smith) Hometown, USA | Legal services in connection with university construction |
| | | |
| | | |
| | | |
| | | |
| | | |

PREVIOUS EDITION USABLE

734